Sharon PHILLIPS,[1] Respondent
Below, Appellant,

v.

Steven LONG, Petitioner
Below, Appellee.

No. 63, 2017

Supreme Court of Delaware.

Submitted: June 6, 2017

Decided: June 19, 2017

Court Below—Family Court of the State of Delaware, File No. CN04–06332, Petition No. 16–07523

DISMISSED.

George B. SHAW, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 133, 2017

Supreme Court of Delaware.

Submitted: June 6, 2017

Decided: June 19, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1111014713(N)

DISMISSED.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).